IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 00–cr–00482–EWN

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

2. DALE CHALLONER

    Defendant/Movant.

---

# ORDER

---

This matter comes before the court on a review of the file, specifically, Defendant's motion to vacate his sentence under 28 U.S.C. § 2255. This review persuades the court that the interest of justice would be served by appointment of an attorney for Defendant and by a status conference. Accordingly, it is

**ORDERED** as follows:

1.     The clerk shall forthwith secure counsel for Defendant, pursuant to the Criminal Justice Act.

2.     The court will hold a status conference at nine o'clock a.m. on June 5, 2008.

Dated this 20th day of May, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge