IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02067-EWN
Criminal Action No. 00-cr-00482-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DALE CHALLONER,

    Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Nottingham, Chief Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 25th day of September, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              CHIEF UNITED STATES DISTRICT JUDGE